# Third District Court of Appeal

## State of Florida

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0885
Lower Tribunal No. 19-12043
_____

**Falisha Bell,**
Appellant,

vs.

**Scott Wagner & Associates,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Falisha Bell, in proper person.

Resnick & Louis, P.C., and Brian L. Harvell, and Robert J. Squire, for appellee.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 95.11(4)(a), Fla. Stat. ("An action for professional malpractice, other than medical malpractice, whether founded on contract or tort; provided that the period of limitations shall run from the time the cause of action is discovered or should have been discovered with the exercise of due diligence" must be brought "[w]ithin two years.").